**MEMO ENDORSED**

**LEVISOHN BERGER LLP**
11 BROADWAY, SUITE 615
NEW YORK, NEW YORK 10004

TEL: (212) 486-7272
FAX: (212) 486-0323
WEBSITE: WWW.LLBL.COM

PETER L. BERGER
JANE B. LINOWITZ
JONATHAN BERGER
TUVIA ROTBERG

DAVID COWAN
TECHNICAL CONSULTANT

PATENTS,
TRADEMARKS
AND COPYRIGHTS

E-MAIL TO ATTORNEY:
FIRST INITIAL AND
LAST NAME OF
ATTORNEY@LLBL.COM

November 13, 2013

The application is ✗ granted / ___ denied

[signature] 11/14/13
Nelson S. Roman, U.S.D.J.
Dated: Nov. 14, 2013
White Plains, New York 10601

Defendant Granted extension of time to answer or seek leave to move to (or to respond to the) Complaint until Jan. 6, 2014.

VIA FAX
Honorable Nelson S. Roman
United States District Court Judge
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

RE:   CDx Diagnostics, Inc. and Shared Medical Resources, LLC v. US Endoscopy Group, Inc. (Case No. 13-5669 S.D.N.Y.) (NSR)

Dear Judge Román,

Our firm, Levisohn Berger, LLP, represents CDx Diagnostics, Inc. and Shared Medical Resources, LLC in the above-captioned matter. In accordance with your Honor's Individual Practices in Civil Cases, Plaintiffs and Defendant jointly request a third extension of time to answer or otherwise respond to the complaint. A first request for extension of time was granted on September 9, 2013 and a second request for extension of time was granted on October 11, 2013. Pursuant to the second request granted on October 11, 2013, the answer date is currently set for to November 20, 2013. The parties respectfully request a third extension, extending the time to answer or otherwise plead to January 6, 2014. All parties consent to this request.

The parties have met for settlement negotiations and they need additional time for further settlement discussions. The parties are set to meet again in mid-November for continued discussions.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2013

Respectfully submitted,
LEVISOHN BERGER, LLP

[signature]
Tuvia Rotberg

cc:   Mathew Scott Hyner, Esq.
      Todd Tucker, Esq.