AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CDX DIAGNOSTICS, INC. et al. *Plaintiff* v. UNITED STATES ENDOSCOPY GROUP, INC. et al *Defendant* | Case No. 13-CV-5669 (NSR)(GAY) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant United States Endoscopy Group, Inc.

Date: 01/06/2014

*Attorney's signature*

Alvin C. Lin
*Printed name and bar number*

Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
*Address*

alin@morrisoncohen.com
*E-mail address*

(212) 735-8600
*Telephone number*

(212) 735-8708
*FAX number*