UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CDX DIAGNOSTICS, INC., *et al.*, | ) |
| Plaintiffs, | ) C.A. No. 13-CV-5669 (NSR)(GAY) |
| v. | ) ECF Case |
| UNITED STATES ENDOSCOPY GROUP, INC., *et al.*, | ) **RULE 7.1 STATEMENT** |
| Defendants. | ) |

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant United States Endoscopy Group, Inc., certifies that Defendant is a wholly-owned subsidiary of STERIS Corp., a publicly held company.

Dated: New York, New York
      January 6, 2014

MORRISON COHEN LLP

By: _____
Alvin C. Lin
909 Third Avenue
New York, New York 10022
(212) 735-8600
alin@morrisoncohen.com
*Attorneys for Defendant*
*United States Endoscopy Group, Inc.*