# LEVISOHN BERGER LLP

Peter L. Berger
Jane B. Linowitz
Tuvia Rotberg
Jonathan Berger

11 BROADWAY, SUITE 615
NEW YORK, NEW YORK 10004

PHONE: (212) 486-7272
FAX: (212) 486-0323
WEBSITE: WWW.LLBL.COM

PATENTS, TRADEMARKS,
COPYRIGHT AND
INTELLECTUAL PROPERTY

**MEMO ENDORSED**

January 16, 2014

**VIA FACSIMILE – 914-390-4179**
Judge Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   **CDx Diagnostics et al. v. U.S. Endoscopy Group, Inc.**, Civil Case No. 13-5669 (NSR)

Dear Judge Román:

We are counsel for Plaintiff in the above-referenced matter. This request is being submitted in accordance with Section (1)(E) of this Court's Individual Practices for Civil Cases. Plaintiff respectfully requests a twenty-day (20) extension to file an answer to Defendant's counterclaims filed on January 6, 2014 (Dkt. 10), thus extending the due date from January 27, 2014 to February 17, 2014.

Plaintiff seeks this extension because (1) Defendant submitted a settlement proposal to Plaintiffs on January 14, 2014, and (2) Plaintiff's lead counsel, Peter Berger of Levisohn Berger LLP, has a pre-scheduled vacation planned from January 17 to 27, 2014, thus will be unable to fully consider Defendant's settlement proposal until after his return.

Counsel for Defendant has consented to this extension request. Plaintiff has not previously requested an extension for the deadline by which to file an answer to the counterclaims filed by Defendant.

Thank you for your consideration.

Respectfully submitted,
LEVISOHN BERGER LLP

Jonathan Berger

The application is  X granted.  ___ denied.

Cc: Todd Tucker, Esq., Alvin Lin, Esq., Matthew Hyner, Esq.

Nelson S. Román, U.S.D.J.
Dated: Jan. 16, 2014
White Plains, New York 10601

Plaintiffs' time to answer Defendant's counterclaims is extended to Feb. 17, 2014.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2014