IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CDx Diagnostics, Inc., <br>     Plaintiff, <br> v. <br> U.S. Endoscopy Group, Inc. et al., <br>     Defendants. | CASE NO. 7:13-cv-5669-NSR <br><br> JUDGE NELSON STEPHEN ROMÁN |

### JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY OF PROCEEDINGS PENDING APPELLATE REVIEW OF DECISIONS ISSUED IN *INTER PARTES* REVIEW

WHEREAS, the above-captioned action was stayed pursuant to this Court's October 8, 2014 Order (D.I. 29) pending decisions of the Patent Office Trial and Appeal Board ("PTAB") in respective *inter partes* review ("IPR") proceedings filed by Defendant, US Endoscopy Group, directed to the three patents-in-suit;

WHEREAS, on September 14, 2015, the PTAB issued its decision for the IPR of U.S. Patent No. 7,004,913 holding Claims 1-3 unpatentable;

WHEREAS, on September 14, 2015, the PTAB issued its decision for the IPR of U.S. Patent No. 6,676,609 holding Claims 1-3 unpatentable;

WHEREAS, on October 15, 2015 the PTAB issued its decision for the IPR of U.S. Patent No. 6,258,044 holding Claims 1-17, 19-20, 23-28, 32 and 35-39 unpatentable;

WHEREAS, Plaintiff CDx has appealed each of the above-mentioned PTAB decisions to the Court of Appeals for the Federal Circuit; and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2015

{03419954.DOCX;1 }

1

WHEREAS, the Parties believe that it would be in the interests of conserving the resources of the parties and the Court to continue the stay pending final decision by the Court of Appeals for the Federal Circuit.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties by their respective counsel as follows:

1. The above-captioned proceeding shall remain stayed until such time as the Parties inform the Court of the last decision of the United States Court of Appeals for the Federal Circuit in any appellate proceeding on the decisions of the PTAB involving any of the patents-in-suit.

2. The Parties will promptly inform the Court of the last such decision of the Court of Appeals for the Federal Circuit.

Respectfully submitted,

_____
Peter L. Berger
pberger@llbl.com
Tuvia Rotberg
trotberg@llbl.com
Jonathan Berger
jberger@llbl.com
LEVISOHN BERGER LLP
11 Broadway, Suite 615
New York, NY 10004
Tel.: (212) 486-7272
Fax: (212) 486-0323

*Attorneys for Plaintiff CDx Diagnostics*

Dated: December 10, 2015

Respectfully submitted,

_____
Matthew Hyner
mhyner@morrisoncohen.com
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
Tel.: (212) 735-8778
Fax: (212) 735-8708
-and-
Todd R. Tucker
ttucker@calfee.com
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
Tel.: (216) 622-8200
Fax: (216) 241-0816

*Attorneys for Defendant U.S. U.S. Endoscopy Group, Inc.*

Dated: Dec. 11, 2015
White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

{03419954.DOCX;1 }  2